562 U.S. 1265, 131 S. Ct. 1571, 179 L. Ed. 2d 490, 2011 U.S. LEXIS 1867.

February 28, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied. Justice Sotomayor and Justice Kagan took no part in the consideration or decision of this petition.

Same case below, 375 Fed. Appx. 90.

**No. 10-8114. Michael Tenore, Petitioner v. Mike Martel, Warden.**

562 U.S. 1265, 131 S. Ct. 1571, 179 L. Ed. 2d 490, 2011 U.S. LEXIS 1759.

February 28, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied. Justice Breyer took no part in the consideration or decision of this petition.

Same case below, 381 Fed. Appx. 733.

**No. 10-8497. Steven L. Rutherford, Petitioner v. United States District Courts, et al.**

562 U.S. 1265, 131 S. Ct. 1593, 179 L. Ed. 2d 490, 2011 U.S. LEXIS 1879.

February 28, 2011. Petition for writ of certiorari before judgment to the United States Court of Appeals for the Fifth Circuit denied.